# Court of Appeals
# of the State of Georgia

ATLANTA,  April 07, 2022

*The Court of Appeals hereby passes the following order:*

## A22D0314. TORAY D. PORTER v. THE STATE.

After entering a guilty plea in 2012 to armed robbery, Toray D. Porter filed a motion for an out-of-time appeal in December 2021. The trial court denied the motion, and Porter filed both this timely application for discretionary appeal and a direct appeal, which has been docketed as Case No. A22A1230.

Porter was not required to file a discretionary application in order to challenge the trial court's denial of his motion for an out-of-time appeal. Ordinarily, we will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). In light of Porter's direct appeal of the trial court's order, however, this application is superfluous, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/07/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    , *Clerk.*